WILLIAM H. KING, Appellant, *v.* NATHANIEL D. CHAPIN, Respondent.

*King* v. *Chapin*, 168 App. Div. 914, affirmed.
(Argued October 22, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1915, affirming a judgment in favor of defendant entered upon a verdict. The action was brought to recover the second and last installment on the sale by plaintiff to defendant of certain shares of the capital stock of the corporation known as Billings, King & Company. The plaintiff claims to recover on two written agreements, namely, the original agreement of sale of January 25, 1911, and an agreement dated February 2, 1912, one year later, confirmatory thereof. As the first agreement constituted the basis of a perfect cause of action, it alone was pleaded. The second agreement was merely confirmatory of the first on this point. The defense was in substance an alleged oral agreement, made March 4, 1911, between the parties and intermediate these two written agreements, whereby defendant instead of paying plaintiff the last installment " might apply $1,750 of the total sum of $7,500," which he had agreed to pay plaintiff for said stock, towards the payment of the claims of creditors of the company; and that defendant had applied that sum in that way, by purchasing the claims of said creditors.

*Alfred B. Cruikshank* for appellant.

*Albert Stickney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: MCLAUGHLIN, J.